IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-CV-980-FDW-SCR *SEALED*

THE UNITED STATES OF AMERICA
*ex rel.* GNGH2, Inc.,

    **Plaintiff-Relator,**

    v.

**BEKO TECHNOLOGIES CORP,**

    **Defendant.**

Upon consideration of the United States' *ex parte* Motion to Partially Lift the Seal (Doc. No. 9), and for good cause shown,

**IT IS HEREBY ORDERED** that at the discretion of the United States, counsel for the United States may disclose the allegations raised by Relator and provide a copy of the Complaint and any amended complaints subsequently filed to Defendant and its counsel.

**IT IS FURTHER ORDERED** that the Complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

**SO ORDERED**.

Signed: May 2, 2025

Susan C. Rodriguez
United States Magistrate Judge